# In the United States Bankruptcy Court
## Western District of Texas/San Antonio Division

IN RE:  
MELVIN MAURICE BROOKS  
DELIA PATRICIA BROOKS  
935 Schley Ave  
San Antonio Tx 78210

CHAPTER 13

CASE NO: 16-50777 G

## Trustee's Notice of Intent to Pay Claims

**NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN OBJECTION OR RESPONSE IS FILED WITH THE CLERK WITHIN TWENTY-ONE (21) DAYS AFTER THE ISSUANCE OF THIS NOTICE. ANY SUCH OBJECTION OR RESPONSE MUST ALSO BE SERVED UPON THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.**

Now comes the Standing Chapter 13 Trustee who reports that the claims bar date for all creditors in this case except government authorities was August 09, 2016. The claims bar date for government authorities was October 03, 2016. The claims received and the court's claim register have been examined. The Trustee finds that the following claims were filed timely. The claim amount is in the "Amount" column.

### Filed Claims

| Name and Address of Creditor | Amount | Clm# | Classification | Acct No: |
|---|---|---|---|---|
| Ashley Funding Services Llc<br>Laboratory Corp Of America Holdings<br>Attn:Susan Gaines/Resurgent Capital Svcs<br>Po Box 10587<br>Greenville,Sc 29603-0587 | $9.10 | 6 | UNSECURED | 3180 |
| Bexar County Tax Assessor Collector<br>233 N Pecos La Trinidad<br>San Antonio,Tx 78207 | $1,707.32 | 2 | SECURED<br>PROP TAXES/935 SCHLEY AVE<br>Paid outside | 033590910200 |
| Frank Dancuart Md<br>C/O Securenet Loan Servicing Llc<br>P O Box 15826<br>San Antonio,Tx 78212 | $82,188.75 | 4 | SECURED<br>935 SCHLEY AVE,SATX<br>Paid outside | 613 |
| Frank Dancuart Md<br>C/O Securenet Loan Servicing Llc<br>P O Box 15826<br>San Antonio,Tx 78212 | $16,323.28 | 4 | HOME ARREARS<br>935 SCHLEY AVE,SATX | 613 |
| Internal Revenue Service<br>P O Box 7317<br>Philadelphia,Pa 19101-7317 | $2,227.58 | 1-9 | UNSECURED<br>10 TAX | 4724 |
| Internal Revenue Service<br>P O Box 7317<br>Philadelphia,Pa 19101-7317 | $7,305.79 | 1 | PRIORITY<br>2013, 2015-2016 TAXES | 7094/4724 |
| Internal Revenue Service<br>P O Box 7317<br>Philadelphia,Pa 19101-7317 | $30,117.72 | 1 | SECURED<br>2013-2015 TAXES | 7094 |

| Name and Address | Amount | Classification | Acct No | Clm# |
|---|---|---|---|---|
| Santander Consumer Usa<br>P O Box 560284<br>Dallas,Tx 75356-0284 | $4,368.62 | UNSECURED | 6987 | 3 |
| Texas Workforce Commission<br>Regulatory Enforcement Div-Sau<br>101 E 15Th St Room 556<br>Austin,Tx 78778-0001 | $616.23 | PRIORITY<br>UNEMPLOYMENT TAXES | 8264 | 5 |
| Us Department Of Education<br>National Payment Center<br>P O Box 105028<br>Atlanta,Ga 30348 | $3,496.04 | UNSECURED | 0412 | 7 |

Pursuant to Section 502(a) of the bankruptcy code, all claims filed are deemed allowed.

If no objection is received, the claim will be paid as filed, pursuant to the Chapter 13 Plan.
To the extent the Trustee has made a disbursement(s) to a creditor and there subsequently an objection is filed, any disbursement(s) is deemed as appropriately paid by the Trustee and no recovery of such disbursement(s) is necessary. At the time of disbursement(s) the claim was allowed.

In the Standing Chapter 13 Trustee's examination of claims and review of the court's claim register, a claim has not been filed for the following scheduled creditors. The Trustee will make no payments to these creditors.

**Creditor with No Claim on Record**

| Name and Address of Creditor | Amount | Classification | Acct No | Scheduled Amount |
|---|---|---|---|---|
| Ad Astra Rec<br>8918 W 21St St. N Suite 200<br>Mailbox: 112<br>Wichita,Ks 67205 | $0.00 | UNSECURED<br>Not filed | 6062 | $657.00 |
| Auto Account Services<br>1127 Rayburn<br>San Antonio,Tx 78221 | $0.00 | UNSECURED<br>Not filed | 7947 | $12,212.00 |
| Cmre Financial Services, Inc.<br>3075 E. Imperial Highway, #200<br>Brea,Ca 92821 | $0.00 | UNSECURED<br>Not filed | 1803 | $33,417.00 |
| Cmre Financial Services, Inc.<br>3075 E. Imperial Highway, #200<br>Brea,Ca 92821 | $0.00 | UNSECURED<br>Not filed | 6502 | $327.00 |
| Cmre Financial Services, Inc.<br>3075 E. Imperial Highway, #200<br>Brea,Ca 92821 | $0.00 | UNSECURED<br>Not filed | 6439 | $177.00 |
| Credit Systems, Inc.<br>1277 Country Club<br>Fort Worth,Tx 76112 | $0.00 | UNSECURED<br>Not filed | 9179 | $150.00 |

| Name and Address of Creditor | Amount | Classification | Acct No | Scheduled Amount |
|---|---|---|---|---|
| Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville,Fl 32256 | $0.00 | UNSECURED<br>Not filed | 0428 | $96.00 |
| Focus Receivables Management<br>1130 Northchase Parkway, Suite 150<br>Marietta,Ga 30067 | $0.00 | UNSECURED<br>Not filed | 1852 | $585.00 |
| Ic System<br>Attn: Bankruptcy<br>444 Highway 96 East; Po Box 64378<br>St. Paul,Mn 55164 | $0.00 | UNSECURED<br>Not filed | 4001 | $65.00 |
| Midland Funding<br>8875 Aero Dr., #200<br>San Diego,Ca 92123 | $0.00 | UNSECURED<br>Not filed | 1677 | $2,851.00 |
| Midland Funding<br>8875 Aero Dr., #200<br>San Diego,Ca 92123 | $0.00 | UNSECURED<br>Not filed | 7733 | $2,653.00 |
| Midland Funding<br>8875 Aero Dr., #200<br>San Diego,Ca 92123 | $0.00 | UNSECURED<br>Not filed | 1972 | $473.00 |
| Regional Acceptance Co<br>110 W. Randill Mill Rd. #100<br>Arlington,Tx 76011 | $0.00 | UNSECURED<br>Not filed | 3601 | $8,655.00 |
| Texas Health & Human Services<br>Commission<br>Po Box 149055<br>Austin,Tx 78714-9055 | $0.00 | UNSECURED<br>Not filed | 2272 | $2,811.00 |
| Us Dept Of Education<br>Po Box 5609<br>Greenville,Tx 75403 | $0.00 | UNSECURED<br>Not filed | 3010 | $12,102.00 |
| Western Shamrock Corporation<br>Attention: Bankruptcy<br>801 S Abe St. Ste, 2A<br>San Angelo,Tx 76903 | $0.00 | UNSECURED<br>Not filed | Z002 | $914.00 |

## **Notice Only**

| Name and Address of Creditor | Classification | Acct No |
|---|---|---|
| Ashley Funding Services Llc<br>Laboratory Corp Of America Holdings<br>Attn:Susan Gaines/Resurgent Capital Svcs<br>Po Box 10587 | NOTICE ONLY<br>Not filed | 3180 |

| | | |
|---|---|---|
| Attorney General Of The Us<br>Department Of Justice<br>950 Pennsylvania Ave. Nw<br>Washington,Dc 20530 | NOTICE ONLY<br>Acct No:<br>Not filed | |
| Ecmc<br>Attn: Lia Vue-Yang<br>P O Box 16448<br>St Paul,Mn 55116-0448 | NOTICE ONLY<br>Acct No: 0412<br>Not filed | |
| Frank Dancuart Md<br>C/O Howard Marc Spector<br>12770 Colt Road Suite 1100<br>Dallas,Tx 75251 | NOTICE ONLY<br>Acct No:<br>Not filed | |
| Frank T. Dancuart, Md<br>5 Queens Gate<br>San Antonio,Tx 78218 | NOTICE ONLY<br>Acct No:<br>Not filed | |
| Internal Revenue Service<br>P O Box 7346<br>Correspondence Only<br>Philadelphia,Pa 19101-7346 | NOTICE ONLY<br>Acct No:<br>Not filed | |
| Internal Revenue Service<br>Attn: Melani Giesler<br>300 E 8Th Street<br>M/S 5026 Aus | NOTICE ONLY<br>Acct No:<br>Not filed | |
| Linebarger Goggan Blair & Sampson Llp<br>711 Navarro Suite300<br>Attention: Bradley S Balderrama Attorney<br>San Antonio,Tx 78205 | NOTICE ONLY<br>Acct No:<br>Not filed | |
| Office Of The Attorney General<br>P O Box 12548<br>Collection Division Bankruptcy<br>Austin,Tx 78711-2548 | NOTICE ONLY<br>Acct No:<br>Not filed | |
| Santander Consumer Usa Inc<br>Attn: Michelle Derrick<br>P O Box 961245<br>Fort Worth,Tx 76161-1245 | NOTICE ONLY<br>Acct No: 6987<br>Not filed | |
| Savrick, Schumann, Johnson, Mcgarr<br>Kaminski & Shirley, Llp<br>4330 Gaines Ranch Loop, Suite 150<br>Austin,Tx 78735 | NOTICE ONLY<br>Acct No:<br>Not filed | |
| Spector & Johnson<br>Attn: Howard M Spector<br>12770 Coit Rd #1100<br>Dallas,Tx 75251 | NOTICE ONLY<br>Acct No:<br>Not filed | |
| Texas Comptroller Of Public Accounts<br>Po Box 13528 Capitol Station<br>Austin,Tx 78711 | NOTICE ONLY<br>Acct No:<br>Not filed | |
| Texas Workforce Commission<br>101 E 5Th Street, Room 556<br>Attn:Erin C Reid<br>Austin,Tx 78778-0001 | NOTICE ONLY<br>Acct No:<br>Not filed | |
| Us Attorney'S Office<br>601 Nw Loop 410, Ste 600<br>San Antonio,Tx 78216 | NOTICE ONLY<br>Acct No:<br>Not filed | |
| Va Regional Office<br>Office Of District Counsel<br>2515 Murworth Dr<br>Houston,Tx 77054 | NOTICE ONLY<br>Acct No:<br>Not filed | |

Dated: 12/27/2016                                          */s/ Mary K. Viegelahn*
                                                           Mary K. Viegelahn
                                                           Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                                                                                           CHAPTER 13

**MELVIN MAURICE BROOKS**
**DELIA PATRICIA BROOKS**

DEBTOR(S)                                                CASE NO.: **16-50777 G**

**CERTIFICATE OF SERVICE**
-----------------------------------------

I hereby certify that a copy of the attached document was served on the parties listed below by U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on **December 27, 2016**.

Debtor(s):

| | | | |
|---|---|---|---|
| MELVIN MAURICE BROOKS<br>DELIA PATRICIA BROOKS<br>935 SCHLEY AVE<br>SAN ANTONIO, TX 78210 | MALAISE LAW FIRM<br>909 NE LOOP 410 STE 300<br>SAN ANTONIO, TX 78209 | Ad Astra Rec<br>8918 W 21st St. N Suite 200<br>Mailbox: 112<br>Wichita, KS 67205 | Attorney General of the US<br>Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 |
| AUTO ACCOUNT SERVICES<br>1127 RAYBURN<br>SAN ANTONIO, TX 78221 | Bexar County Tax Assessor Collector<br>233 N Pecos La Trinidad<br>San Antonio, TX 78207 | CMRE Financial Services, Inc.<br>3075 E. Imperial Highway, #200<br>Brea, CA 92821 | Credit Systems, Inc.<br>1277 Country Club<br>Fort Worth, TX 76112 |
| Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | Focus Receivables Management<br>1130 Northchase Parkway, Suite 150<br>Marietta, GA 30067 | IC System<br>Attn: Bankruptcy<br>444 Highway 96 East; PO Box 64378<br>St. Paul, MN 55164 | Midland Funding<br>8875 Aero Dr., #200<br>San Diego, CA 92123 |
| Regional Acceptance Co<br>110 W. Randill Mill Rd. #100<br>Arlington, TX 76011 | SANTANDER CONSUMER USA<br>P O BOX 560284<br>DALLAS, TX 75356-0284 | Savrick, Schumann, Johnson, McGarr Kaminski & Shirley, LLP<br>4330 Gaines Ranch Loop, Suite 150<br>Austin, TX 78735 | Texas Comptroller of Public Accounts<br>PO Box 13528 Capitol Station<br>Austin, TX 78711 |
| Texas Health & Human Services Commission<br>PO Box 149055<br>Austin, TX 78714-9055 | US Attorney's Office<br>601 NW Loop 410, Ste 600<br>San Antonio, TX 78216 | Us Dept Of Education<br>Po Box 5609<br>Greenville, TX 75403 | VA Regional Office<br>Office of District Counsel<br>2515 Murworth Dr<br>Houston, TX 77054 |
| Western Shamrock Corporation<br>Attention: Bankruptcy<br>801 S Abe St. Ste, 2A<br>San Angelo, TX 76903 | SPECTOR & JOHNSON<br>ATTN: HOWARD M SPECTOR<br>12770 COIT RD #1100<br>DALLAS, TX 75251 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO SUITE300<br>ATTENTION: BRADLEY S BALDERRAMA ATTORNEY<br>SAN ANTONIO, TX 78205 | INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>CORRESPONDENCE ONLY<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICE<br>ATTN: MELANI GIESLER<br>300 E 8TH STREET<br>M/S 5026 AUS<br>AUSTIN, TX 78701 | SANTANDER CONSUMER USA INC<br>ATTN: MICHELLE DERRICK<br>P O BOX 961245<br>FORT WORTH, TX 76161-1245 | FRANK DANCUART MD<br>C/O SECURENET LOAN SERVICING LLC<br>P O BOX 15826<br>SAN ANTONIO, TX 78212 |
| TEXAS WORKFORCE COMMISSION<br>REGULATORY ENFORCEMENT DIV-SAU<br>101 E 15TH ST ROOM 556<br>AUSTIN, TX 78778-0001 | OFFICE OF THE ATTORNEY GENERAL<br>P O BOX 12548<br>COLLECTION DIVISION BANKRUPTCY<br>AUSTIN, TX 78711-2548 | TEXAS WORKFORCE COMMISSION<br>101 E 5TH STREET, ROOM 556<br>ATTN:ERIN C REID<br>AUSTIN, TX 78778-0001 | FRANK DANCUART MD<br>C/O HOWARD MARC SPECTOR<br>12770 COLT ROAD SUITE 1100<br>DALLAS, TX 75251 |
| FRANK T. DANCUART, MD<br>5 QUEENS GATE<br>SAN ANTONIO, TX 78218 | | | |

ASHLEY FUNDING SERVICES LLC
LABORATORY CORP OF AMERICA
HOLDINGS
ATTN:SUSAN GAINES/RESURGENT
CAPITAL SVCS
PO BOX 10587
GREENVILLE, SC  29603-0587

US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
P O BOX 105028
ATLANTA, GA  30348

ECMC
ATTN: LIA VUE-YANG
P O BOX 16448
ST PAUL, MN  55116-0448

/S/
_____
Mary K. Viegelahn
Chapter 13 Trustee